Drew Lewis Esq. (SBN 309288)
drew@drewlewis.law
**DREW LEWIS, PC**
3010 Lava Ridge Ct. Ste. 120
Roseville, CA 95661
Tel: (833) 600-7400

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SNEZHANA CHERNI, an individual on behalf of herself and all other similarly situated individuals,<br><br>    Plaintiff(s),<br><br> v.<br><br>KAISER FOUNDATION HOSPITALS, a California Corporation, THE PERMANENTE MEDICAL GROUP, INC., a California Corporation, DOES 1-20, inclusive,<br><br>    Defendant(s). | Case No.:   3:25-cv-06564-PHK<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED PERSONS**<br><br>Complaint Filed: June 26, 2025<br>Trial Date:   Not Set |

Pursuant to the Northern District's Civil Local Rule 3-15, Plaintiff Snezhana Cherni states that the following parties have, or may have, a financial interest in the subject matter of this action or other interest in the outcome of this action:

1.  Plaintiff Snezhana Cherni;

2.  Defendant Kaiser Foundation Hospitals; and

3.  Defendant The Permanente Group, Inc.

For the purpose of diversity citizenship determination, Plaintiff further states that at the time the action commenced, Plaintiff was a citizen of the State of California.

1

PLAINTIFF'S CERTIFICATION OF INTERESTED PERSONS

Case No.: 3:25-cv-06564-PHK

**DREW LEWIS, PC**

Dated:  June 8, 2026

By: *Drew Lewis*
_____
Drew Lewis
Attorney for Plaintiff(s)

2