ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


**JILL F. KOPEIKIN**
ADR DIRECTOR

Writer's Direct Contact
Alice M. Fiel
415-522-3148
alice_fiel@cand.uscourts.gov


June 25, 2026


TO:            Counsel of Record

FROM:       Alice M. Fiel, ADR Case Administrator

RE:            ADR Phone Conference Scheduling Notice

               Snezhana Stebakov v. Kaiser Foundation Hospitals, et al.
               Case No.  25-cv-06564-PHK

Dear Counsel:

The ADR Program has scheduled an ADR Phone Conference for Wednesday, July 22, 2026, at 10:00 A.M. Pacific time via Zoom.  The conference will be conducted by the ADR Director, whose biography appears on the following page.  Zoom credentials will be provided to the parties under separate cover via email.

Please contact me with any scheduling concerns at 415-522-3148, or email alice_fiel@cand.uscourts.gov.  Thank you for your attention to this matter.


450 GOLDEN GATE AVENUE ▪ SAN FRANCISCO, CA 94102 ▪ Tel: (415) 522-2199 ▪ Fax: (415) 522-4112
www.cand.uscourts.gov/adr

## ADR PHONE CONFERENCE

A phone conference has been scheduled under ADR L. R. 3-6 either because you filed a Request for ADR Phone Conference, by referral of the assigned judge, or at the initiation of the ADR legal staff.

## Purpose

The usual purpose of the conference is to help the parties select or design an ADR process most likely to benefit the particular case. A conference may also be set in aid of the administration of a case already referred to an ADR process.

The court offers the following ADR options:

> ***Early Neutral Evaluation (ENE)***
> ***Mediation***
> ***Early Settlement Conference with a Magistrate Judge***

The court ordinarily reserves the settlement conference option for those cases that would most benefit from working with a sitting judge. Additionally, with the court's approval, you may substitute a private ADR procedure for a court process.

## Participants (*See* ADR L.R. 3-6(a))

Unless otherwise directed, counsel who will be primarily responsible for handling the trial of the matter shall participate in the conference. Clients and their insurance carriers may participate as well.

## Participation in the Conference Call (*See* ADR L.R. 3-6(b))

For the convenience of the parties, the court has arranged for a dial-in conference line for this call. The Court will reserve one half-hour for each such conference call unless otherwise specified.

## Attorney and Client Preparation (*See* ADR L.R. 3-6(c))

The phone conference will be conducted by the ADR Director, whose biography is below. You will be asked your views as to which ADR process you favor, what information needs to be exchanged in advance of an ADR process to make it useful, and what timing is most appropriate. You also will be encouraged to ask questions about the available ADR options. To prepare for the conference, please review with your clients the ADR Local Rules and the booklet entitled *Alternative Dispute Resolution Procedures Handbook (May 2018 Edition)*.

## Biography of ADR Program Director Jill Kopeikin

Jill Kopeikin joins the Northern District of California as the Alternative Dispute Resolution (ADR) Program Director. In this high-profile position, she is responsible for the policy development, design, implementation, administration, oversight and evaluation of the court's ADR program, including mediation, early neutral evaluation and the ADR Multi-Option Program.

Kopeikin works closely with the court's judges, their staff, and the clerk's office to ensure integration of ADR in the judges' case management. Other duties include serving as a visible and accessible information source for judges, neutrals, litigants, attorneys, client groups, bar associations, judges and staff from state and other federal courts, academics, law school classes, researchers and foreign judges and court administrators.

An experienced neutral who has been providing ADR services for more than 25 years, Kopeikin has served as a neutral for the California State and Federal Courts, presiding over mandatory settlement conferences and day of court mediations in the California Superior Courts and serving on the mediation and early neutral evaluation panels for the Northern District of California. She has also served as the co-chair and a mediator for her community's mediation program, and taught mediation theory and practice as an adjunct professor.

Kopeikin brings to her ADR practice a breadth of experience acquired as a lawyer in private practice, having handled a wide range of litigation and counseling matters. She has specific expertise in intellectual property matters, complex commercial business disputes and related employment matters, and has handled a broad range of professional liability, regulatory and investigation matters. Kopeikin has practiced in the State and Federal Courts of California, numerous other states, as well as multi-district litigation, arbitration and international tribunals. She has tried cases to verdict and handled matters on appeal.